COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Michael Harson
District Attorney, 15th JDC
P.O. Box 3306
Lafayette LA 70502-3306

Ted L. Ayo
Assistant District Attorney
100 North State Street #215
Abbeville LA 70510

**REHEARING ACTION: April 29, 2015**

**Docket Number: 15   00105-KW**

**STATE OF LOUISIANA**
**VERSUS**
**DARRELL GABRIEL, JR.**

**Writ Application from Vermilion Parish Case No. 54222**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Marc T. Amy**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling to the

application for rehearing filed by **State of Louisiana** is:

**REHEARING DENIED.**  See Uniform Rules - - Courts of Appeal,
Rule 2-18.7.

Cooks, J., concurs.  The State may file a new writ application with
this court curing the deficiency of the prior writ.

cc: Amanda Ann Martin, Counsel for  the Respondent